| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>**Hector M. Rochin**<br>DOB: xx/xx/1985; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**09-09479M** |

Complaint for violation of Title 18     United States Code § 922 (g)(5)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 27, 2009, at or near Tucson, in the District of Arizona, **Hector M. Rochin**, an alien who was illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Tanfoglio, .380 caliber pistol, Model GT 380, bearing serial number T55715, which was loaded with seven (7) rounds of Remington ammunition, said firearm and ammunition being in and affecting interstate commerce in that they were previously shipped and transported into the state of Arizona from another state or foreign country in violation of Title 18 United States Code, Sections 922(g)(5)(A) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 27, 2009, at or near Tucson, in the District of Arizona, a Pima County Sheriff Deputy initiated a traffic stop at Benson Highway and Palo Verde Road in Tucson, Arizona on a vehicle bearing Arizona registration ADA0644 due to a registration violation. He contacted the driver of the vehicle later identified as **Hector M. Rochin**. **Rochin** stated that he did not have a license and further stated he was residing in the United States unlawfully. Law enforcement did an inventory of the vehicle and found a chrome Tanfoglio, .380 caliber pistol, Model GT 380, bearing serial number T55715, loaded with seven (7) rounds of Remington ammunition underneath the front passenger seat. **Rochin** told law enforcement conflicting stories, but admitted that he knew the firearm was under the seat and admitted that his fingerprints would be on the firearm. An immigration check indicated that **Rochin** was residing unlawfully in the United States. A Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives determined that the firearm and ammunition had traveled in interstate or foreign commerce by virtue of having been manufactured outside the state of Arizona and having been found within the State of Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JDM/blb<br>Complaint reviewed by AUSA Joelyn D. Marlowe | |
| | OFFICIAL TITLE<br>**ATF Special Agent** |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 31, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 5